ACCEPTED
03-14-00737-CV
7610382
THIRD COURT OF APPEALS
AUSTIN, TEXAS
10/30/2015 8:35:29 AM
JEFFREY D. KYLE
CLERK

No. 03-14-00737-CV

## In the Third Court of Appeals
## Austin, Texas

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
10/30/2015 8:35:29 AM
JEFFREY D. KYLE
Clerk

_____

CHASE CARMEN HUNTER
*Appellant*,

v.

DAVID MATTAX AND
THE TEXAS DEPARTMENT OF INSURANCE
*Appellees*.

_____

On Appeal from the 250th Judicial District Court
Cause No. D-1-GN-13-001957
Travis County, Texas

_____

**APPELLEES' RESPONSE TO APPELLANT'S OPPOSITION
TO APPELLEES' RESPONSE TO APPELLANT'S
EMERGENCY MOTION FOR CLARIFICATION OF THE RECORD**

_____

TO THE HONORABLE JUSTICES OF THE THIRD COURT OF APPEALS:

David Mattax and the Texas Department of Insurance, ("Appellees"), hereby file their Response to Appellant's Opposition to Appellees' Response to Appellant's Emergency Motion for Clarification of the Record.

I.

In Appellant's Opposition to Appellees' Response to Appellant's Emergency Motion for Clarification of the Record, Appellant clarifies that the relief that she seeks in Appellant's Emergency Motion for Clarification of the Record is a copy of the appellate record for her review. Appellees agree that Appellant, who is acting as her own attorney,

is entitled, upon request to this Court, to a copy of the appellate record. Appellants have no objection to this Court providing Appellant an electronic copy of the appellate record at no cost, as provided by the local practices of this Court.[1]

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

CHARLES E. ROY
First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Civil Litigation

LESLI G. GINN
Division Chief
Financial Litigation and Charitable Trusts Division

*/s/ Cynthia A. Morales*
Cynthia A. Morales
Assistant Attorney General
Texas State Bar No. 14417420
Financial Litigation and Charitable Trusts Division
P.O. Box 12548
Austin, Texas 78711-2548
(512) 475-4470 Phone
(512) 477-2348 Fax
cynthia.morales@texasattorneygeneral.gov
**Counsel for Appellees**

---

[1] *See* http://www.txcourts.gov/3rdcoa/practice-before-the-court.aspx#checking-out-record (No. 43).

# CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2015, the above and foregoing *Appellees' Response to Appellant's Objection to Appellee's Response to Appellant's Emergency Motion for Clarification of the Record* was filed and served via e-service on:

Chase Carmen Hunter
340 S. Lemon Avenue #9039
Walnut, CA 91789
chase_hunter@yahoo.com

_/s/ Cynthia A. Morales_
Cynthia A. Morales
Assistant Attorney General